IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-01959-MSK-PAC

AHMED M. AJAJ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
ROBERT A. HOOD,
JAMES BURRELL,
DAVID DUNCAN,
C. CHESTER, and
J.C. ZUERCHER,

    Defendants.

## ORDER DENYING JOINT MOTION TO VACATE AND RE-SET TRIAL DATE

THIS MATTER comes before the Court on the parties' Joint Motion to Vacate and Re-Set Trial Date **(#185)**.  Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

This matter is set for a 5-day bench trial to commence July 11, 2006.  The parties ask the Court to vacate and reset the trial because discovery in this action has been stayed since February 1, 2005 pending a determination by the Court on the Defendants' motions to dismiss.

On May 11, 2006, the Court ruled upon the motions to dismiss.  The claims which remain for trial are: (1) a negligence claim asserted against the United States based upon a failure to house the Plaintiff in a low altitude, smoke-free facility; (2) an Eighth Amendment claim against Defendants Hood, Burrell and Duncan, based upon the same facts; (3) an Eighth and Fifth

Amendment due process claim asserted against Defendants Hood, Burrell, Duncan, Chester and Zuercher challenging the conditions of the Plaintiffs' confinement and the decision to place him at ADX-Florence; and (4) an equal protection claim asserted against Defendants Hood, Burrell, Duncan, Chester and Zuercher based upon their alleged refusal to reassign the Plaintiff to the "step-down" unit.

The parties agree that formal discovery is necessary to prepare for trial. They believe that this cannot be accomplished prior to the scheduled trial date. The Court is of a different view. The issues which remain for trial are not complex and in light of the Court's ruling on the Motion to Dismiss, it is unclear why discovery cannot be completed prior to such time.

**IT IS THEREFORE ORDERED** that:

(1)  The Joint Motion to Vacate and Re-Set Trial Date **(#185)** is **DENIED**.

(2)  The stay on discovery is lifted.

Dated this 12th day of May, 2006

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge