IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-01959-MSK-PAC

AHMED M. AJAJ,

      Plaintiff,

v.

UNITED STATES OF AMERICA,
ROBERT A. HOOD,
JAMES BURRELL,
DAVID DUNCAN,
C. CHESTER, and
J.C. ZUERCHER,

      Defendants.

## ORDER WITHDRAWING REFERENCE AND SETTING LAW AND MOTION HEARING

THIS MATTER comes before the Court on the parties' joint motion for reconsideration **(#190)** of the Court's Order denying their motion to vacate the trial and upon notification by Magistrate Judge Coan that a scheduling conference for discovery has been set. In anticipation of the July 11, 2006 trial date,

      **IT IS HEREBY ORDERED** that:

      (1)    The reference of the case to Magistrate Judge Coan is withdrawn.

      (2)    A non-evidentiary, law and motion hearing is set on the motion for reconsideration for **May 22, 2006** at **2:00 p.m**. in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars.* Counsel may appear at

this hearing by telephone. To appear telephonically, counsel shall contact Maureen Nelson, at **303-335-2185,** prior to the hearing.

Dated this 17th day of May, 2006

                                                        **BY THE COURT:**

                                                        Marcia S. Krieger
                                                        United States District Judge