IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-01959-MSK-PAC

AHMED M. AJAJ,

      Plaintiff,

v.

UNITED STATES OF AMERICA,
ROBERT A. HOOD,
JAMES BURRELL,
DAVID DUNCAN,
C. CHESTER, and
J.C. ZUERCHER,

      Defendants.

_____

## ORDER RE: MOTION FOR LEAVE PURSUANT TO RULE 30(a)(1) TO TAKE DEPOSITION OF MR. AJAJ
_____

THIS MATTER comes before the Court on Defendants' Unopposed Motion for Leave Pursuant to Rule 30(a)(1) to Take Deposition of Mr. Ajaj **(#202)**.  The Court having reviewed the Motion and being fully advised in the foregoing, hereby

GRANTS the motion.  Leave of Court is granted to take the Plaintiff Ahmed Ajaj's deposition at the ADX facility, on June 15, 2006 and continuing thereon until completed.

Dated this 31st day of May 2006.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge