IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01959-MSK-PAC

AHMED M. AJAJ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
ROBERT A. HOOD,
JAMES BURRELL,
DAVID DUNCAN,
C. CHESTER, and
J.C. ZUERCHER,

    Defendants.

_____

**ORDER DIRECTING PLAINTIFF TO MAKE
MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE**

_____

By an Order entered October 2, 2003, the Plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Pursuant to § 1915(b)(2), the Plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full.

In its October 2 Order, the Court instructed the Plaintiff either to make the required monthly payments or to show cause **each month** why he has no assets and no means by which to make the monthly payment.  To show cause, the Plaintiff was directed to file a certified copy of his inmate trust fund account statement.  The Court warned the Plaintiff that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this civil action.

The Plaintiff has failed to make the required monthly payment or show cause why he has no assets and no means by which to make the monthly payments for the months of April

and May 2006.

IT IS THEREFORE ORDERED that by the **15th day** of **each** month hereafter, the Plaintiff shall either make the required monthly payment for each month or file a certified copy of his inmate trust fund account statement for the month demonstrating that he is not required pursuant to 28 U.S.C. § 1915(b)(2) to make a monthly payment.  If payment is made for April or May 2006, then the Plaintiff must also file a certified copy of his trust fund account statement for those months.  The civil action number should be noted on all payments as well as on any trust fund statements that are filed with the Court.

IT IS FURTHER ORDERED that if the Plaintiff fails to comply with this Order, the Complaint and this civil action may be dismissed without further notice.

Dated this 1st day of June, 2006

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge