IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-01959-MSK-PAC

AHMED M. AJAJ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
ROBERT A. HOOD,
JAMES BURRELL,
DAVID DUNCAN,
C. CHESTER, and
J.C. ZUERCHER,

    Defendants.

---

### ORDER RESCHEDULING HEARING

---

Due to an emergency scheduling conflict, the hearing previously set for **July 14, 2006 at 4:00 p.m**. is hereby reset to **July 19, 2006 at 9:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 10th day of July, 2006.

                              **BY THE COURT:**

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge