IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-01959-MSK-PAC

AHMED M. AJAJ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
ROBERT A. HOOD,
JAMES BURRELL,
DAVID DUNCAN,
C. CHESTER,
J.C. ZUERCHER,
RON WILEY, in his official capacity, and
MICHAEL NALLEY, in his official capacity,

    Defendants.

## RENEWED ORDER DIRECTING SUBMISSION OF FINAL PRE-TRIAL ORDER AND REVISED WITNESS AND EXHIBIT LISTS

THIS MATTER comes before the Court *sua sponte*. On July 19, 2006, the Court issued an Order Directing Submission of Final Pre-Trial Order and Revised Witness and Exhibit Lists. Apparently the order was never docketed by the Clerk's Office and therefore the parties never received it. As a consequence, the parties have submitted a proposed final pretrial order which does not comport with the Court's requirements.

**IT IS THEREFORE ORDERED** that on or before **September 25, 2006**, the parties

shall submit a final pretrial order in the form specified in the July 19, 2006 Order.

Dated this 25th day of August, 2006

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge