IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-01959-MSK-PAC

AHMED M. AJAJ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
ROBERT A. HOOD,
JAMES BURRELL,
DAVID DUNCAN,
C. CHESTER,
J.C. ZUERCHER,
RON WILEY, in his official capacity, and
MICHAEL NALLEY, in his official capacity,

    Defendants.

## ORDER

THIS MATTER is before the Court on Defendants' Unopposed Motion to Correct Reply in Support of Motion for Summary Judgment **(#251)**. The Court being fully advised of the foregoing,

**ORDERS** that Defendants' Unopposed Motion to Correct Reply in Support of Motion for Summary Judgment **(#251) is GRANTED** and the correction is noted.

Dated this 27th day of September, 2006

                                **BY THE COURT:**

                                *[signature: Marcia S. Krieger]*

                                Marcia S. Krieger
                                United States District Judge