IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-01959-MSK-PAC

AHMED M. AJAJ,

    Plaintiff,

v.

ROBERT A. HOOD, in his official capacity,
RON WILEY, in his official capacity, and
MICHAEL NALLEY, in his official capacity,

    Defendants.

## ORDER DISMISSING CLAIM 3(B), WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE CASE

THIS MATTER is before the Court on the parties' "Stipulation to Dismiss Remaining Procedural Due Process Claim 3(B) Without Prejudice" **(#270)** filed February 22, 2007. The Court having reviewed the foregoing:

**ORDERS** that Claim 3(B) is dismissed without prejudice. The hearing set to commence February 28, 2007 is **VACATED.** *The Clerk of Court is directed to close this case.*

Dated this 23rd day of February, 2007

                      **BY THE COURT:**

                      */s/ Marcia S. Krieger*

                      Marcia S. Krieger
                      United States District Judge