IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-01959-MSK-PAC

AHMED M. AJAJ,

    Plaintiff,

v.

ROBERT A. HOOD, in his official capacity,
RON WILEY, in his official capacity, and
MICHAEL NALLEY, in his official capacity,

    Defendants.

## ORDER GRANTING MOTIONS

THIS MATTER comes before the Court on the Plaintiff's Unopposed Motion for Reinstatement of Case to Amend Order to Dismiss Procedural Due Process Claim 3(B) with Prejudice **(#282)** and the parties' Stipulated Motion to Amend Order Dismissing Procedural Due Process Claim 3(B) **(#286)**. Both were filed pursuant to an order from the Tenth Circuit Court of Appeals **(#280)**. Based thereon, and on the stipulation of the parties,

    **IT IS ORDERED** that:

    (1)    The parties' motions **(#282, #286)** are **GRANTED**.

    (2)    The case is reopened for the limited purpose of issuing this Order.

(3)  The Order **(#271)** dismissing Plaintiff's Claim 3(B), without prejudice, is

**AMENDED**.  Claim 3(B) is dismissed, with prejudice.

Dated this 25th day of July, 2007

                                         **BY THE COURT:**

                                         Marcia S. Krieger
                                         United States District Judge