IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-01959-MSK-KLM

AHMED M. AJAJ,

    Plaintiff,

v.

ROBERT A. HOOD, in his official capacity,
RON WILEY, in his official capacity, and
MICHAEL NALLEY, in his official capacity,

    Defendants.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

    The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **December 2, 2008,** at **9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address issues under Rule 16.

    Counsel may appear at this hearing by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

    DATED this 13th day of November, 2008.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge