IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01959-TJM-KLM

AHMED AJAJ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

### ORDER GRANTING STIPULATED MOTION TO DISMISS

---

This matter is before the Court on the parties' Stipulated Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a)(1), in connection with the settlement of this matter. Upon consideration of the motion, the Court finds that it should be granted. All remaining claims in this cause of action are hereby dismissed with prejudice. The parties shall each pay its own costs and attorneys' fees.

DATED: October 26, 2009

                                                                                            *Thomas J. McAvoy*
                                                                                         U.S. District Judge